Fox and Fox Attorneys at Law, P.C.
By: Craig H. Fox, Esquire
Attorney I.D. #49509
706 One Montgomery Plaza
425 Swede Street
Norristown, PA  19401
Telephone:  (610) 275-7990
Facsimile:  (610) 275-2866
cfox@foxandfoxlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    JOSE LUIS NEGRON, | : | |
|                 Debtor(s) | : | BANKRUPTCY NO.  19-01612-RNO |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
AND SERVICE OF PAPERS

TO THE CLERK, U.S. BANKRUPTCY COURT:

      Kindly enter my appearance on behalf of Lendmark Financial Services, LLC, in the above entitled matter, and take notice that as a party in interest, we hereby request, through Fox and Fox Attorneys at Law, P.C. and its undersigned counsel, in accordance with Bankruptcy Rules 2002, 9007, 9010, 9013 and 9014 and the Bankruptcy Code that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon: Fox and Fox Attorneys at Law, P.C., 706 One Montgomery Plaza, 425 Swede Street, Norristown, PA 19401.

      PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

Date:	                          Respectfully submitted,

                                    Fox and Fox Attorneys at Law, P.C.

                                    /s/ Craig H. Fox

                                    _____
cc:	**Counsel for the Debtor**:	Craig H. Fox, Esquire
      Timothy B. Fisher, II, Esq.	Attorney for Creditor
      525 Main St., Box 396	Lendmark Financial Services, LLC
      Gouldsboro, PA 18424

      **Trustee:**
      Charles J. Dehart, III
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036