# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Jose Luis Negron**  
Debtor(s)

Case No. **5:19-bk-01612**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2019, a copy of **Notice of Chapter 13 Bankruptcy Case** was served electronically or by regular United States mail to the creditor listed below.

**Credit One Bank**
**6801 S Cimarron Road**
**Las Vegas, NV 89113**

**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**