

# EXHIBIT "A"

Debtor 1 <u>JOSE LUIS NEGRON</u>

Debtor 2 _____
      (Spouse if filing)

United States Bankruptcy Court for the: <u>MIDDLE</u> District of <u>PENNSYLVANIA</u>

Case number <u>19-01612</u>

## Official Form 410

# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. § 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | <u>MIDLAND CREDIT MANAGEMENT, INC.</u> as agent for <u>ASSET ACCEPTANCE, LLC</u><br>Name of the current creditor (the person or entity to be paid for this claim<br><br>Other names the creditor used with the debtor <u>GEMB / PC RICHARD</u> |
| **2. Has this claim been acquired from someone else?** | ☐ No<br>☒ Yes, From whom? <u>GE MONEY</u> |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

<u>MIDLAND CREDIT MANAGEMENT, INC.</u> as agent for <u>ASSET ACCEPTANCE, LLC</u>
Name

<u>PO Box 2036</u>
Number     Street

<u>Warren</u>     <u>MI</u>     <u>48090</u>
City     State     Zip Code

Contact phone <u>(877) 327-7384</u>

Contact email: <u>bankruptcy@assetacceptance.com</u>

Where should payments to the creditor be sent (if Different)

_____
Name

_____
Number     Street

_____
City     State     Zip Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

| | | |
|---|---|---|
| **4. Does this claim amend one already filed?** | ☐ No<br>☒ Yes, Claim number on court claims registry (if known) <u>4-1</u> | Filed On <u>05/09/2019</u><br>        MM/DD/YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes, Who made the earlier filing? _____ | |

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes, Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>XXXXXXXXXXXX-0334</u> |
|---|---|---|

| 7. | How much is the claim? | $2,842.43 | Does this amount include interest or other charges?<br>☐ No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|---|

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as heath care information.

<u>JUDGMENT</u>

**9. Is all or part of the claim secured?**

☒ No
☐ Yes.

The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other: Describe: _____

Basis for perfection: _____
Attach redacted copies of document, if any, that show evidence of perfection of a security interest (for example a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded:)

Value of property                    $ _____

Amount of the claim that is secured:    $ _____

Amount of the claim that is unsecured   $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7)

Amount necessary to cure any default as of the date of the petition:  $ _____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is the claim based on a lease?**

☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition    $ _____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No<br>☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions(up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(B). | $_____ |
| | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 3011(b).<br><br>If you file this claim electronically, fRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**<br>**18 U.S.C. § 152,157, and 3571.** | Check the appropriate box:<br><br>☐ I am the creditor.<br>☒ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>executed on date <u>5/16/2019</u><br>            MM/DD/YYYY<br><br>   <u>/s/   Angela Dery</u><br>     Signature<br><br>Print the name of the person who is completing and signing this claim: |
|---|---|

Name      <u>Angela Dery</u>
            First name        Middle name      Last name

Title       <u>Bankruptcy Specialist</u>

Company    <u>MIDLAND CREDIT MANAGEMENT, INC.</u>

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     <u>P O Box 2036</u>
             Street Address

             <u>WARREN</u>          <u>MI</u>         <u>48090</u>
             City               State       Zip Code

Contact phone <u>(877) 327-7384</u>            Email  <u>bankruptcy@assetacceptance.com</u>

# ACCOUNT(S) SUMMARY

## ACCOUNT INFORMATION:

| ACCOUNT HOLDER(S) | | CURRENT CREDITOR | | |
|---|---|---|---|---|
| JOSE NEGRON | | ASSET ACCEPTANCE. LLC | | |

| ORIGINAL CREDITOR NAME | ORIGINAL CREDITOR ACCOUNT NO | ASSIGNOR (if other than original creditor) | | |
|---|---|---|---|---|
| GEMB / PC RICHARD | XXXXXXXXXXXX-0334 | | | |

| TOTAL CLAIM AMOUNT | UNSECURED PRINCIPAL | INTEREST DUE | FEES | COSTS |
|---|---|---|---|---|
| $2,842.43 | $2,307.25 | $429.68 | $0.00 | $105.50 |

| DATE OF LAST TRANSACTION | CREDITOR AT DATE OF LAST TRANSACTION | CHARGE-OFF DATE | DATE OF LAST PAYMENT |
|---|---|---|---|
| 06/11/2009 | GEMB / PC RICHARD | 11/06/2009 | 06/11/2009 |

## NOTICE AND PAYMENT INFORMATION:

| ADDRESS | PHONE/FAX | EMAIL | REFERENCE NUMBER |
|---|---|---|---|
| PO BOX 2036 WARREN MI 48090 | (877) 327-7384<br>(586) 983-7442 | Bankruptcy@assetacceptance.com | 40547790 |

IN THE COURT OF COMMON PLEAS OF MONROE COUNTY, PA

ASSET ACCEPTANCE, LLC
Plaintiff

No:

vs.

CIVIL ACTION - LAW

JOSE NEGRON
Defendant(s)

## NOTICE OF JUDGMENT

Notice is hereby given that a Judgment in the above-captioned matter has been entered against you as follows: in the sum of $2,842.43, which consists of $2,736.93 as principal and $105.50 as costs less payments of $0.00, plus interest thereon from the date of that judgment, as provided by law.

NOW, _____, 2013, JUDGMENT IS ENTERED AS ABOVE.

_____
Prothonotary Clerk, Civil Division

By:_____
Deputy

I hereby certify that the name and address of the proper person to receive this notice under Pa. R. Civ. P. 236 is:

JOSE NEGRON
9762 CLIFTWOOD LN
TOBYHANNA PA 18466
Defendant

_____ /COPY
MICHAEL B. VOLK
Attorney ID #88553

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONROE



# Notice of Judgment/Transcript Civil Case

Asset Acceptance, LLC
v.
Jose Negron

| Mag. Dist. No: | MDJ-43-3-01 |
| MDJ Name: | Honorable Anthony D. Fluegel |
| Address: | 5560 Municipal Drive Tobyhanna, PA 18466 |
| Telephone: | 570-894-8566 |

File Copy

Docket No: MJ-43301-CV-0000026-2013
Case Filed: 2/14/2013

## Disposition Summary

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-43301-CV-0000026-2013 | Asset Acceptance, LLC | Jose Negron | Default Judgment for Plaintiff | 03/28/2013 |

## Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Asset Acceptance, LLC | $0.00 | $0.00 | $0.00 |
| Jose Negron | $0.00 | $2,842.43 | $2,842.43 |

## Judgment Detail (*Post Judgment)

In the matter of Asset Acceptance, LLC vs. Jose Negron on 3/28/2013 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | $0.00 | $2,307 25 | | $2,307.25 |
| Interest | $0.00 | $429.68 | | $429 68 |
| Costs | $0.00 | $105.50 | | $105 50 |
| | | | Grand Total: | $2,842.43 |

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

MAR 2 8 2013
Date

Magisterial District Judge Anthony D Fluegel

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

MAY - 8 2013
Date

Magisterial District Judge

# Participant List

### Private(s)

Michael B. Volk, Esq.
Fulton Friedman & Gullace, LLP
130B Gettysburg Pike
Mechanicsburg, PA  17055

### Plaintiff(s)

Asset Acceptance, LLC
c/o Fulton, Friedman & Gullace, LLP
130B Gettysburg Pike
Mechanicsburg, PA  17055

### Defendant(s)

Jose Negron
9762 Clifton LN
Tobyhanna, PA  18466

```
In   The   Court   Of   Common   Pleas   Of
            Monroe County Pennsylvania
              Statement of Judgment
```

ASSET ACCEPTANCE LLC                    Case No.:              2013-07017
        ** VERSUS **
NEGRON JOSE                             Entered:               8/21/2013

                                        Note Dated:

                                        Int. From:

                                        Judgment:              $2,842.43

                                        Filing Fee:               $51.25
                                        Atty Fee:
                                        Mag. Costs:
                                        Sheriff Costs:
                                        Satisfaction:              $7.00
                                        Bill of Cost:


                                        Certified from the record this 22nd
                                        day of    August   A.D., 2013

                                        _____
                                        Prothonotary



                                        - - - - - - - - - - - - - - - - - - -
                                                    SATISFACTION
                                        - - - - - - - - - - - - - - - - - - -

                                        Received _____ Debt
                                        interests and costs in full of the
                                        within stated judgment; and the
                                        Prothonotary is hereby authorized
                                        and directed to satisfy the same,
                                        upon payment of the Record costs.


                                        _____
                                        Plaintiff
                                        - - - - - - - - - - - - - - - - - - -

In The Court Of Common Pleas Of
Monroe County Pennsylvania
Civil Action - Judgment
Notice of Entry of Judgment

August 22, 2013

NEGRON JOSE                                        NO.: 2013-07017
9762 CLIFTWOOD LN

TOBYHANNA PA 18466

- - -                                                           - - -

You are hereby notified that a judgment in the amount of _____ $2,842.43
has been entered against you on August 21st 2013 in the Court of
Common Pleas of Monroe County Pennsylvania at the above number and
term.

Please note this is not a law suit or a bill. It is simply a notification
of the Recording.

ASSET ACCEPTANCE LLC                  Plaintiff(s)

** VERSUS **
NEGRON JOSE                            Defendant(s)

_____
Prothonotary


COPIES MAILED TO ALL PARTIES
BY U.S. FIRST CLASS MAIL

POSTAGE PREPAID ON 8/22/13

BY:

COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

NO. 7017 Civil 2013

ASSET ACCEPTANCE LLC
        PLAINTIFF(S)

VS

JOSE NEGRON
        DEFENDANT(S)

JUDGMENT

AND NOW, this 21ST DAY OF AUGUST, 2013, JUDGMENT ON TRANSCRIPT IS ENTERED IN
FAVOR OF PLAINTIFF, ASSET ACCEPTANCE LLC, AND AGAINST THE DEFENDANT, JOSE
NEGRON, IN THE AMOUNT OF $2,842.43.

GEORGE J. WARDEN, PROTHONOTARY

BY: _____
                                    DEPUTY