# United States Bankruptcy Court
## Middle District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Jose Luis Negron** | Case No. | **5:19-bk-01612** |
| | Debtor(s) | Chapter | **13** |

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, a copy of **Notice of Chapter 13 Bankruptcy Case** was served by regular United States mail the creditor listed below.

**Portfolio Recovery Associates, LLC**
**P.O. Box 41067**
**Norfolk, VA 23541**

/s/ Timothy B. Fisher II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**