United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Jose Luis Negron  
    Debtor

Case No. 19-01612-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: REshelman     Page 1 of 1     Date Rcvd: Jun 07, 2019  
                         Form ID: nthrgreq     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
5196976        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 07 2019 20:32:40      Asset Acceptance LLC,  
         Midland Credit Management as agent for,   Asset Acceptance LLC,   Po Box 2036,  
         Warren, MI 48090-2036  
                                                                                                                                                      TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:  
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        Craig H. Fox    on behalf of Creditor    Lendmark Financial Services, LLC  
         Bankruptcy@Foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com  
        James   Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
        Peter E Meltzer    on behalf of Creditor    Midland Credit Management, INC,as agent for ASSET ACCEPTANCE,LLC bankruptcy@wglaw.com,   ibernatski@wglaw.com  
        Timothy B. Fisher, II    on behalf of Debtor 1 Jose Luis Negron donna.kau@pocono-lawyers.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                                                                                         TOTAL: 6

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Jose Luis Negron

**Debtor 1**

Chapter: 13

Case number: 5:19−bk−01612−RNO

Document Number: 18

Matter: Objection to Claim 4

JOSE LUIS NEGRON
**Movant(s)**

vs.

ASSET ACCEPTANCE LLC
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on April 17, 2019.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701** | Date: 6/26/19 <br> Time: 09:30 AM |
| --- | --- |

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: REshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 7, 2019 |

nthrgreq(02/19)