IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | : | |
| JOSE LUIS NEGRON | : | |
| | : | CHAPTER 13 |
| Debtors | : | |
| | : | CASE NO. 5:19-bk-01612 RNO |
| JOSE LUIS NEGRON | : | |
| Objectants | : | |
| Vs. | : | |
| | : | |
| ASSET ACCEPTANCE LLC | : | |
| Claimant | : | |

PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM

**TO:  U.S. Bankruptcy Court Clerk**

Kindly withdraw the Debtor's Objection to Proof of Claim of Asset Acceptance LLC filed on

May 9, 2019 at document #18.

        Respectfully submitted,

        **FISHER & FISHER LAW OFFICES**

DATED:  June 19, 2019        /s/ Timothy B. Fisher, Esquire, II
        Timothy B. Fisher, II, Esquire
        Attorney ID#85800
        Fisher &Fisher Law Offices, LLC
        P.O. Box 396
        Gouldsboro, PA  18424
        Attorney for the Debtors