IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: : | |
| JOSE LUIS NEGRON : | |
| : | CHAPTER 13 |
| Debtors : | |
| : | CASE NO. 5:19-bk-01612 RNO |
| JOSE LUIS NEGRON : | |
| Objectants : | |
| Vs. : | |
| : | |
| ASSET ACCEPTANCE LLC : | |
| Claimant : | |

**CERTIFICATE OF CONCURRENCE**

I, Timothy B. Fisher, II, hereby certify that on June 20, 2019, I obtained the concurrence of Peter E. Meltzer, Esquire, of WEBER GALLAGHER SIMPSON STAPLETON FIRES AND NEWBY, LLP, counsel for the Claimant, to the Debtor's Praecipe to Withdraw Objection to Proof of Claim of Asset Acceptance LLC filed on 5/10/19 at document #18.

/s/ Timothy B. Fisher, II
TIMOTHY B. FISHER, II
Attorney ID#85800
FISHER & FISHER LAW OFFICES, LLC
P.O. Box 396
Gouldsboro, PA 18424
Phone: (570) 842-2753
Fax# (570) 842-8979

DATED: June 20, 2019