```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 19-01612-RNO
Jose Luis Negron                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: REshelman        Page 1 of 1         Date Rcvd: Jun 20, 2019
                            Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5187036        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 20 2019 19:12:31       Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
5196976        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 20 2019 19:12:31       Asset Acceptance LLC,
                 Midland Credit Management as agent for,   Asset Acceptance LLC,   Po Box 2036,
                 Warren, MI 48090-2036
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig H. Fox    on behalf of Creditor    Lendmark Financial Services, LLC
               Bankruptcy@Foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Peter E Meltzer    on behalf of Creditor    Midland Credit Management, INC,as agent for ASSET
               ACCEPTANCE,LLC bankruptcy@wglaw.com,    ibernatski@wglaw.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Jose Luis Negron donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Jose Luis Negron | Chapter: 13 |
| Debtor 1 | Case No.: 5:19-bk-01612 RNO |
| JOSE LUIS NEGRON | |
| vs. Movant(s) | Document No.: 18 |
| ASSET ACCEPTANCE LLC | Nature of Proceeding: Objection to Claim |
| Respondent(s) | |

## ORDER APPROVING WITHDRAWAL

IT APPEARING that notice of this withdrawal has been given and a certificate of concurrence having been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Withdrawal filed June 19, 2019 regarding Objection to Claim is APPROVED.

Dated: June 20, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Ord Approving Withdrawal - Revised 04/18