United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01612-MJC |
| Jose Luis Negron | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Aug 22, 2022 | Form ID: fnldecnd | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Luis Negron, 9762 Cliftwood Terrace, Tobyhanna, PA 18466-3886 |
| 5187035 | + | ASC/Emblem/Monterey Cty, PO Box 105555, Atlanta, GA 30348-5555 |
| 5187034 | + | Allstate Insurance Company, P.O. Box 660636, Dallas, TX 75266-0636 |
| 5187040 | + | Daniel J. Santucci, Esquire, 1 International Plz, 5th Flr, Philadelphia, PA 19113-1510 |
| 5187044 | + | LendUp Credit Card, 237 Kearny St, #197, San Francisco, CA 94108-4502 |
| 5187051 | + | Penny Mac Mortgage, 480 Washington Blvd, Jersey City, NJ 07310-2053 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2022 18:35:00 | Midland Credit Management, INC, as agent for ASSET, PO Box 2036, Warren, MI 48090-2036 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2022 18:43:33 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 22 2022 18:43:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5187033 | | Email/Text: EBNProcessing@afni.com | Aug 22 2022 18:35:00 | AFNI, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 5187032 | + | Email/Text: backoffice@affirm.com | Aug 22 2022 18:35:00 | Affirm Inc, 650 California Street, San Francisco, CA 94108-2716 |
| 5187036 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Aug 22 2022 18:35:00 | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 5196976 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Aug 22 2022 18:35:00 | Asset Acceptance LLC, Midland Credit Management as agent for, Asset Acceptance LLC, Po Box 2036, Warren, MI 48090-2036 |
| 5187037 | + | Email/Text: legal@blirentals.com | Aug 22 2022 18:35:00 | BLI Rentals, LLC, P.O. Box 992, Emporia, KS 66801-0992 |
| 5215309 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2022 18:43:33 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5187038 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 22 2022 18:35:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5187039 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2022 18:43:28 | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5187041 | | Email/Text: BNSFS@capitalsvcs.com | Aug 22 2022 18:35:00 | First Savings Credit Card, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5187042 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2022 18:43:28 | Goodyear Tire/Citibank, P.O. Box 6497, Sioux |

| Recipient # | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Falls, SD 57117-6497 |
| 5187043 | Email/Text: ktramble@lendmarkfinancial.com | Aug 22 2022 18:35:00 | Lendmark Financial Services, 2118 Usher Street, Covington, GA 30014 |
| 5212149 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2022 18:43:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5215468 | Email/Text: bankruptcynotice@nymcu.org | Aug 22 2022 18:35:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 5187048 | Email/Text: bankruptcynotice@nymcu.org | Aug 22 2022 18:35:00 | Municipal Credit Union, 22 Courtland St, New York, NY 10007 |
| 5187045 | Email/PDF: gecsedi@recoverycorp.com | Aug 22 2022 18:43:27 | Meineke & Maaco/Synchrony Car Care, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5187046 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2022 18:43:32 | Merrick Bank Corp, P.O. Box 5000, Draper, UT 84020-5000 |
| 5187047 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 22 2022 18:35:00 | Milestone Bankcard Services, PO Box 84059, Columbus, GA 31908-4059 |
| 5199160 | Email/PDF: cbp@onemainfinancial.com | Aug 22 2022 18:43:27 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5187049 | + Email/PDF: cbp@onemainfinancial.com | Aug 22 2022 18:43:37 | One Main, 300 St Paul Place, Baltimore, MD 21202-2120 |
| 5293224 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2022 18:43:36 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293225 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2022 18:43:28 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5214831 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2022 18:43:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5187050 | + Email/Text: recovery@paypal.com | Aug 22 2022 18:35:00 | Paypal, 12312 Port Grace Blvd, La Vista, NE 68128-8236 |
| 5215104 | + Email/PDF: ebnotices@pnmac.com | Aug 22 2022 18:43:37 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5244890 | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2022 18:35:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5212830 | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2022 18:35:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5244891 | + Email/Text: bnc-quantum@quantum3group.com | Aug 22 2022 18:35:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5187053 | + Email/PDF: gecsedi@recoverycorp.com | Aug 22 2022 18:43:28 | SYNCB/Car Care Midas, P.O. Box 965001, Orlando, FL 32896-5001 |
| 5187052 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2022 18:35:00 | Santander Consumer, 5201 Rufe Snow Drive, North Richland Hills, TX 76180-6036 |
| 5189941 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2022 18:35:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5408424 | + Email/Text: bncmail@w-legal.com | Aug 22 2022 18:35:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, Scolopax, LLC, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5408423 | + Email/Text: bncmail@w-legal.com | Aug 22 2022 18:35:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5187340 | + Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Aug 22 2022 18:43:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5187054 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 22 2022 18:43:28 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5215247 | + | Email/Text: bncmail@w-legal.com | Aug 22 2022 18:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5187055 | + | Email/Text: bncmail@w-legal.com | Aug 22 2022 18:35:00 | TD Bank USA/Target Credit, NCD-0240, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 5187056 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 22 2022 18:35:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5207876 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 22 2022 18:43:28 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 425 Swede Street, One Montgomery Plaza, Suite 706, Norristown, PA 19401-4852 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5190072 | *+ | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 425 Swede Street, One Montgomery Plaza, Suite 706, Norristown, PA 19401-4852 |
| 5211755 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5190071 | ##+ | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 425 Swede Street, One Montgomery Plaza, Suite 706, Norristown, PA 19401-4852 |
| 5187057 | ## | Wells Fargo Dealer Service, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2022       Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Craig H. Fox | on behalf of Creditor Lendmark Financial Services  LLC Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Peter E Meltzer | on behalf of Creditor Midland Credit Management INC,as agent for ASSET ACCEPTANCE,LLC bankruptcy@wglaw.com, ibernatski@wglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Jose Luis Negron donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jose Luis Negron,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:19−bk−01612−MJC |

Social Security No.:
    xxx−xx−5367

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Jose Luis Negron** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: August 22, 2022

**fnldec** (01/22)