In re **Jose Luis Negron**

Debtor(s)

Case No. **5:19-bk-01612**

Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023 , a copy of **Order dated 4/4/23 at Doc. #59** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher, II

**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**