United States Bankruptcy Court
Middle District of Pennsylvania

In re  Jose Luis Negron
Debtor(s)

Case No. 5:19-bk-01612
Chapter 13

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023 , a copy of **Order dated 4/4/23 at Doc. #59** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:19-bk-01612-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Wed Apr 12 16:13:24 EDT 2023 | Lendmark Financial Services, LLC<br>c/o Craig H. Fox, Esquire<br>Fox and Fox Attorneys at Law, P.C.<br>425 Swede Street<br>One Montgomery Plaza, Suite 706<br>Norristown, PA 19401-4852 | Midland Credit Management, INC, as agent for<br>PO Box 2036<br>Warren, MI 48090-2036 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Scolopax, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | AFNI, Inc.<br>PO Box 3517<br>Bloomington, IL 61702-3517 |
| ASC/Emblem/Monterey Cty<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Affirm Inc<br>650 California Street<br>San Francisco, CA 94108-2716 | Allstate Insurance Company<br>P.O. Box 660636<br>Dallas, TX 75266-0636 |
| Asset Acceptance LLC<br>Midland Credit Management as agent for<br>Asset Acceptance LLC<br>Po Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | BLI Rentals, LLC<br>P.O. Box 992<br>Emporia, KS 66801-0992 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0432 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 | Credit One Bank<br>6801 S Cimarron Rd<br>Las Vegas, NV 89113-2273 |
| Daniel J. Santucci, Esquire<br>1 International Plz<br>5th Flr<br>Philadelphia, PA 19113-1510 | (p)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | Goodyear Tire/Citibank<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LendUp Credit Card<br>237 Kearny St<br>#197<br>San Francisco, CA 94108-4502 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 |
| (p)MUNICIPAL CREDIT UNION<br>22 CORTLANDT STREET<br>24TH FLOOR<br>NEW YORK NY 10007-3153 | Meineke & Maaco/Synchrony Car Care<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Merrick Bank Corp<br>P.O. Box 5000<br>Draper, UT 84020-5000 |
| Milestone Bankcard Services<br>PO Box 84059<br>Columbus, GA 31908-4059 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | One Main<br>300 St Paul Place<br>Baltimore, MD 21202-2120 |

Exhibit "A"

| | | |
|---|---|---|
| Paypal<br>12312 Port Grace Blvd<br>La Vista, NE 68128-8236 | Penny Mac Mortgage<br>480 Washington Blvd<br>Jersey City, NJ 07310-2053 | PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Bluestem and SCUSA<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>Quantum3 Group LLC as agent for<br>Sadino Funding LLC 98083-0788 |
| SYNCB/Car Care Midas<br>P.O. Box 965001<br>Orlando, FL 32896-5001 | Santander Consumer<br>5201 Rufe Snow Drive<br>North Richland Hills, TX 76180-6036 | Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Scolopax, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121<br>Scolopax, LLC<br>c/o Weinstein & Riley, P.S. 98121-3132 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA/Target Credit<br>NCD-0240<br>P.O. Box 1470<br>Minneapolis, MN 55440-1470 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Dealer Service<br>PO Box 25341<br>Santa Ana, CA 92799-5341 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Jose Luis Negron<br>9762 Cliftwood Terrace<br>Tobyhanna, PA 18466-3886 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Savings Credit Card<br>PO Box 5019<br>Sioux Falls, SD 57117-5019 | Lendmark Financial Services<br>2118 Usher Street<br>Covington, GA 30014 | MUNICIPAL CREDIT UNION<br>22 CORTLANDT ST 24 FL<br>NEW YORK, NY 10007-3153 |
| (d)Municipal Credit Union<br>22 Courtland St<br>New York, NY 10007 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |