United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-01612-MJC
Jose Luis Negron  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: May 11, 2023      Form ID: 3180W      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Luis Negron, 9762 Cliftwood Terrace, Tobyhanna, PA 18466-3886 |
| 5187034 | + | Allstate Insurance Company, P.O. Box 660636, Dallas, TX 75266-0636 |
| 5187040 | + | Daniel J. Santucci, Esquire, 1 International Plz, 5th Flr, Philadelphia, PA 19113-1510 |
| 5187044 | + | LendUp Credit Card, 237 Kearny St, #197, San Francisco, CA 94108-4502 |
| 5187051 | + | Penny Mac Mortgage, 480 Washington Blvd, Jersey City, NJ 07310-2053 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2023 18:36:00 | Midland Credit Management, INC,as agent for ASSET, PO Box 2036, Warren, MI 48090-2036 |
| cr | + | EDI: PRA.COM | May 11 2023 22:34:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | May 11 2023 22:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5187033 | | Email/Text: EBNProcessing@afni.com | May 11 2023 18:36:00 | AFNI, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 5187035 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 11 2023 18:36:00 | ASC/Emblem/Monterey Cty, PO Box 105555, Atlanta, GA 30348-5555 |
| 5187032 | + | Email/Text: backoffice@affirm.com | May 11 2023 18:37:00 | Affirm Inc, 650 California Street, San Francisco, CA 94108-2716 |
| 5187036 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | May 11 2023 18:36:00 | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 5196976 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | May 11 2023 18:36:00 | Asset Acceptance LLC, Midland Credit Management as agent for, Asset Acceptance LLC, Po Box 2036, Warren, MI 48090-2036 |
| 5187037 | + | Email/Text: legal@blirentals.com | May 11 2023 18:36:00 | BLI Rentals, LLC, P.O. Box 992, Emporia, KS 66801-0992 |
| 5215309 | + | EDI: CITICORP.COM | May 11 2023 22:34:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5187038 | + | EDI: CCS.COM | May 11 2023 22:34:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5187039 | + | Email/PDF: creditonebknotifications@resurgent.com | May 11 2023 18:41:04 | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5187041 | | Email/Text: BNSFS@capitalsvcs.com | May 11 2023 18:36:00 | First Savings Credit Card, PO Box 5019, Sioux Falls, SD 57117-5019 |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5187042 | + | EDI: CITICORP.COM | May 11 2023 22:34:00 | Goodyear Tire/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5187043 | | Email/Text: ktramble@lendmarkfinancial.com | May 11 2023 18:36:00 | Lendmark Financial Services, 2118 Usher Street, Covington, GA 30014 |
| 5212149 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2023 18:41:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5215468 | | Email/Text: bankruptcynotice@nymcu.org | May 11 2023 18:36:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 5187048 | | Email/Text: bankruptcynotice@nymcu.org | May 11 2023 18:36:00 | Municipal Credit Union, 22 Courtland St, New York, NY 10007 |
| 5187045 | | EDI: RMSC.COM | May 11 2023 22:34:00 | Meineke & Maaco/Synchrony Car Care, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5187046 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 11 2023 18:41:13 | Merrick Bank Corp, P.O. Box 5000, Draper, UT 84020-5000 |
| 5187047 | + | EDI: PHINGENESIS | May 11 2023 22:34:00 | Milestone Bankcard Services, PO Box 84059, Columbus, GA 31908-4059 |
| 5199160 | | EDI: AGFINANCE.COM | May 11 2023 22:34:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5187049 | + | EDI: AGFINANCE.COM | May 11 2023 22:34:00 | One Main, 300 St Paul Place, Baltimore, MD 21202-2120 |
| 5293224 | | EDI: PRA.COM | May 11 2023 22:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293225 | | EDI: PRA.COM | May 11 2023 22:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5214831 | | EDI: PRA.COM | May 11 2023 22:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5187050 | + | Email/Text: recovery@paypal.com | May 11 2023 18:36:00 | Paypal, 12312 Port Grace Blvd, La Vista, NE 68128-8236 |
| 5215104 | + | Email/PDF: ebnotices@pnmac.com | May 11 2023 18:51:59 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5244890 | | EDI: Q3G.COM | May 11 2023 22:34:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5212830 | | EDI: Q3G.COM | May 11 2023 22:34:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5244891 | + | EDI: Q3G.COM | May 11 2023 22:34:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5187053 | + | EDI: RMSC.COM | May 11 2023 22:34:00 | SYNCB/Car Care Midas, P.O. Box 965001, Orlando, FL 32896-5001 |
| 5187052 | + | Email/Text: enotifications@santanderconsumerusa.com | May 11 2023 18:36:00 | Santander Consumer, 5201 Rufe Snow Drive, North Richland Hills, TX 76180-6036 |
| 5189941 | + | Email/Text: enotifications@santanderconsumerusa.com | May 11 2023 18:36:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5408424 | + | Email/Text: bncmail@w-legal.com | May 11 2023 18:36:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, Scolopax, LLC, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5408423 | + | Email/Text: bncmail@w-legal.com | May 11 2023 18:36:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | | Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5187340 | + EDI: RMSC.COM | May 11 2023 22:34:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5187054 | + EDI: RMSC.COM | May 11 2023 22:34:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5215247 | + Email/Text: bncmail@w-legal.com | May 11 2023 18:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5187055 | + EDI: WTRRNBANK.COM | May 11 2023 22:34:00 | TD Bank USA/Target Credit, NCD-0240, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 5187056 | + EDI: BLUESTEM | May 11 2023 22:34:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5207876 | + EDI: WFFC2 | May 11 2023 22:34:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5187057 | EDI: WFFC.COM | May 11 2023 22:34:00 | Wells Fargo Dealer Service, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 425 Swede Street, One Montgomery Plaza, Suite 706, Norristown, PA 19401-4852 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5190072 | *+ | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 425 Swede Street, One Montgomery Plaza, Suite 706, Norristown, PA 19401-4852 |
| 5211755 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5190071 | ##+ | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 425 Swede Street, One Montgomery Plaza, Suite 706, Norristown, PA 19401-4852 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig H. Fox | on behalf of Creditor Lendmark Financial Services  LLC Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

Peter E Meltzer
on behalf of Creditor Midland Credit Management INC,as agent for ASSET ACCEPTANCE,LLC bankruptcy@wglaw.com, ibernatski@wglaw.com

Rebecca Ann Solarz
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

Timothy B. Fisher, II
on behalf of Debtor 1 Jose Luis Negron donna.kau@pocono-lawyers.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jose Luis Negron<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5367<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–01612–MJC | |

# Order of Discharge       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jose Luis Negron

5/11/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**